UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**ENTERED & ISSUED**
OCT - 6 1997
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 5:97-00152

MELVIN LEE MITCHELL

<u>O R D E R</u>

It is hereby ORDERED that a bench warrant be issued for defendant MELVIN LEE MITCHELL, in the above-styled indictment returned by the Bluefield Grand Jury on September 24, 1997.

ENTER: 10/06/97

CHARLES H. HADEN II
Chief Judge